NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PENTAIR WATER POOL AND SPA, INC.,**
*Appellant*

**v.**

**HAYWARD INDUSTRIES, INC.,**
*Appellee*

---

2015-1809

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,007.

---

**JUDGMENT**

---

MARK BOLAND, Sughrue Mion, PLLC, Washington, DC, argued for appellant. Also represented by RAJA N. SALIBA, GRANT SIMON SHACKELFORD.

MARK NIKOLSKY, McCarter & English, LLP, Newark, NJ, argued for appellee. Also represented by SCOTT S. CHRISTIE, STEVEN HALPERN, TIMOTHY PATRICK HOMLISH, MATTHEW ADAM SKLAR, ELINA SLAVIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 14, 2016                    /s/ Daniel E. O'Toole
Date                         Daniel E. O'Toole
                         Clerk of Court